IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELANIE D. OSTERHOUSE, DAVID OSTERHOUSE, JADON OSTERHOUSE,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREGORY L. GROVER, PACCAR, INC., M.E.M.R., INC., RIGHTWAY DIESEL SERVICE, EATON CORPORATION, TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., GENERAL MOTORS CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:04-cv-93-MJR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on the Second Motion to Stay Discovery filed by the defendants on March 31, 2006 (Doc. 186) and the Motion for Joinder filed by the defendant, Rightway Diesel Service, on March 31, 2006 (Doc. 187). The motion to stay is **GRANTED IN PART** and the motion for joinder is **GRANTED**.

The schedule in this case is amended as follows:

1. The plaintiffs shall provide the information required in the May 17, 2006 Order by June 9, 2006.

2. Plaintiffs' experts shall be deposed by June 30, 2006.

3. Defendants' experts shall be disclosed by August 15, 2006.

4. Defendants' experts shall be deposed by September 30, 2006.

5. Discovery shall be completed by October 15, 2006.

6. Dispositive motions shall be filed by October 15, 2006.

The settlement conference date, final pretrial conference date and trial date have not been adjusted.  These dates are firm and will not be moved unless the current trial date of January 8, 2007 is moved.

**DATED: May 17, 2006**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
